# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Aaron Chuck Charley,<br>      Defendant. | No.  14-04201PO-001-PCT-JAB<br><br>**ORDER** |

  The defendant appeared in court with counsel. The probable cause hearing and the detention hearing for the superseding petition were submitted on the record.  The Court finds probable cause to believe the defendant violated the terms of his unsupervised probation as alleged in the superseding petition.  The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that he is not a flight risk or a danger.

  IT IS HEREBY ORDERED that the defendant shall be bound over for further proceedings on the superseding petition to revoke his unsupervised probation.

  IT IS FURTHER ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings.

  Dated this 8th day of April, 2016.

                       Honorable Deborah M. Fine
                       United States Magistrate Judge