# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Aaron Chuck Charley,<br><br>                Defendant. | No.  14-04201PO-001-PCT-DMF<br><br>**ORDER** |

The defendant appeared in court and admitted to violating his/her conditions of unsupervised probation as alleged in Paragraph A, B, C and of the Petition to Revoke Unsupervised Probation.

IT IS ORDERED terminating the defendant's unsupervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **NINETY (90) DAYS,** in addition to any time previously served.

Dated this 20th day of April, 2016.

John A. Buttrick
U.S. Magistrate Judge